UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOYCE B. WOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause Number: 2:05CV422 |
| TRUMP CASINO SERVICES, L.L.C., ) | |
| and LIBERTY LIFE ASSURANCE ) | Judge Joseph S. Van Bokkelen |
| COMPANY OF BOSTON, LONG TERM ) | |
| DISABILITY PLAN, ) | Magistrate Judge Radovitch |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Joyce B. Wood, by and through her undersigned attorney of record, hereby voluntarily dismisses all claims asserted or that could have been asserted herein, with prejudice, against Liberty Life Assurance Company of Boston ("Defendant").

Defendant, by and through its undersigned attorney of record, hereby consent to Plaintiff's voluntary dismissal of all claims asserted or that could have been asserted herein, with prejudice.

The parties shall bear their own attorney's fees, expenses and costs.

**STIPULATED TO:**

| FOR PLAINTIFF: | FOR DEFENDANT: |
|---|---|
| s/ James Nyeste   (w/consent) | s/ Sara A. Weinberg |
| Jim Nyeste | Robert E. Arroyo (arroyor@jacksonlewis.com) |
| 33 North LaSalle Street | Sara A. Weinberg (weinbers@jacksonlewis.com) |
| Suite 3350 | Jackson Lewis LLP |
| Chicago, Illinois 60602 | 320 W. Ohio Street, Suite 500 |
| Tel:  312.223.1699 | Chicago, Illinois 60610 |
| | Tel:  312.787.4949 |
| Dated this 1st day of October, 2007 | |
| | Dated this 1st day of October, 2007 |